UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

UNIVERSITY OF WASHINGTON
MEDICAL CENTER, et al.,

                        Plaintiff,

            vs.                                        C07-397 RSL

MICHAEL O. LEAVITT, Secretary of U.S.                  **MINUTE ORDER**
Department of Health & Human Services,
                                                       **REASSIGNING CASE**
                        Defendant.

        Pursuant to the Amended General Order entered by the Chief Judge on

November 3, 2004, this action has been reassigned to the Honorable Robert S. Lasnik, United

States District Judge.

        All future documents filed in this case must bear the cause number C07-397 RSL and bear

the Judge's name in the upper right hand corner of the document.

                        Dated this 30th day of April, 2007

                        BRUCE RIFKIN
                        Clerk of Court

                        by: /s/  PETER H. VOELKER
                                Peter H. Voelker, Deputy Clerk